IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                                    CR NO. **2:18-CR-00257-DCN-1**

**LARRY EDWARD CARTER, JR**

# PLEA

The defendant, **LARRY EDWARD CARTER, JR**, having withdrawn his plea of Not Guilty entered, March 27, 2018 pleads guilty to **Count(s)** ___4___ of the (**Indictment**)/**Superseding Indictment**, after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
January 29, 2019